**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **ERIC REY CRUZ REYES** | **CIVIL ACTION NO. 26-1747-P** |
| **VERSUS** | **JUDGE DONALD E. WALTER** |
| **WARDEN JACKSON PARISH CORRECTIONAL CENTER ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the lack of response to the Report and Recommendation in the record;

**IT IS ORDERED** that the instant petition is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED** in chambers this 14th day of August, 2026.

Donald E Walter

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE